IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRIAN-PAUL ALEXANDER GUDE** **PETITIONER**
**#71260-019**

v.                         CASE NO. 2:25-CV-00073-BSM

**SHANNON GIBSON**
*Acting Warden,*
*Federal Correctional Institution* **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 9] is adopted, and Brian Gude's 28 U.S.C. section 2241 petition for writ of habeas corpus [Doc. No. 1] is dismissed as moot.

IT IS SO ORDERED this 17th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE