IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**BRIAN-PAUL ALEXANDER GUDE**                          **PETITIONER**
**#71260-019**

v.                   **CASE NO. 2:25-CV-00073-BSM**

**SHANNON GIBSON**
*Acting Warden,*
*Federal Correctional Institution*                                **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of September, 2025.

*[Signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE